## Commonwealth ex rel. Kopf, Appellant, *v.* Kopf.

Argued June 9, 1970. *Leonard F. Markel,* for appellant; *Raymond Jenkins,* with him *S. Gerald Corso,* and *Jenkins & Acton,* for appellee.

Order affirmed.

## Commonwealth ex rel. Paoli *v.* Paoli, Appellant.

Argued June 8, 1970. *Lawrence F. Flick,* with him *Waters, Fleer, Cooper & Gallager,* for appellant; *Joseph P. Phelps, Jr.,* for appellee.

Order affirmed.

## Commonwealth ex rel. Peditto *v.* Peditto, Appellant.

Argued June 9, 1970. *Herbert H. Hadra,* with him *Robert H. Arronson* and *Maurice Freedman,* for appellant; *James J. Binns,* for appellee.

Order affirmed.